# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) ) Case No. CR-21-334-F |
| EUGENE DAVID BRADLEY BUSH, | ) ) ) |
| Defendant. | ) |

## ORDER

The court is in receipt of undated and unsigned handwritten letter purportedly from defendant asking if "there is any way I can get some type of Sentence Reduction or Compassionate Release[.]" Doc. no. 36, ECF p. 3.

A request to the court must be in the form of a motion. *See*, Rule 47(a), Fed. R. Crim. P. ("A party applying to the court for an order must do so by motion."). In the absence of extraordinarily rare circumstances (not present here), the court acts only on the basis of motions properly filed with the court. The court does not respond to requests contained in a letter and does not rule on correspondence. If defendant wishes to submit a request for the court's consideration, he must submit a motion conforming to this court's Local Criminal Rules and Federal Rules of Criminal Procedure. Defendant's *pro se* status does not exempt him from these requirements. *See*, Green v. Dorrell, 969 F.2d 915, 917 (10th Cir. 1992).

IT IS SO ORDERED this 27th day of September, 2023.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

21-0334p005.docx